UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA ABDULLA WRIGHT,<br><br>        Plaintiff,<br><br>    v.<br><br>C. MCCABE, *et al*.,<br><br>        Defendants. | Case No. 1:18-cv-00505-JDP<br><br>ORDER DENYING MOTION FOR SERVICE<br><br>ECF No. 17 |

Plaintiff is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. Plaintiff moves to have his complaint served, complaining that it has been months since he filed his case. *See* ECF No. 17. My findings and recommendations on screening plaintiff's complaint under 28 U.S.C. § 1915A are pending before a district judge. *See* ECF No. 19. Only after screening has been completed will service be considered. Even then, the complaint will not be served if it is dismissed. Therefore, plaintiff's motion is denied it without prejudice to refiling. ECF No. 17.

IT IS SO ORDERED.

Dated:   September 25, 2019             /s/ Jeremy Peterson
                                                        UNITED STATES MAGISTRATE JUDGE