UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUSTAFA ABDULLA WRIGHT,<br><br>Plaintiff,<br><br>v.<br><br>C. MCCABE, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00505-AWI-JDP<br><br>ORDER ON FINDINGS AND RECOMMENDATIONS<br><br>ECF Nos. 11, 19 |

Plaintiff Mustafa Abdulla Wright is a state prisoner proceeding without counsel in this civil rights action brought under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 28, 2019, the Magistrate Judge issued findings and recommendations that plaintiff's first amended complaint be dismissed without prejudice. (ECF No. 19.) On April 18, 2019, Plaintiff filed objections to the findings and recommendations, realleging facts in his complaint and first amended complaint. (ECF No. 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations (ECF No. 19) to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1

1. The findings and recommendations issued on March 28, 2019 (ECF No. 19) are adopted in full;
2. Plaintiff's first amended complaint (ECF No. 11) is dismissed without prejudice; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 5, 2019

_____
SENIOR DISTRICT JUDGE